**Donna LOMBARDI**

v.

**GRAPHIC INSTRUMENTS, DIVISION OF GULTON.**

No. 85–247–M.P.

Supreme Court of Rhode Island.

Aug. 2, 1985.

Raul L. Lovett, George E. Furtado, Lovett, Morgera, Schefrin & Gallogly, Ltd., Providence, for plaintiff.

Edward P. Sowa, Jr., Gunning, LaFazia & Gnys, Inc., Providence, for defendant.

## ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.

**Janice REINHARDT**

v.

**STATE/MHRH/GH.**

No. 85–279–M.P.

Supreme Court of Rhode Island.

Aug. 2, 1985.

Stephen M. Rappoport, Steven J. Hirsch, Slepkow, Slepkow & Rappoport, East Providence, for plaintiff.

Arlene Violet, Atty. Gen., Richard B. Woolley, Sp. Asst. Atty. Gen., for defendant.

## ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.

**Alfred W. TAMBURRO**

v.

**STATE.**

Nos. 85–131–M.P., 85–171–M.P.

Supreme Court of Rhode Island.

Aug. 2, 1985.

Alfred W. Tamburro, pro se.

Arlene Violet, Atty. Gen., Constance L. Messore, Stephen F. Mullen, Sp. Asst. Attys. Gen., for defendant.

## ORDER

The petitions for writ of certiorari as amended are denied.

BEVILACQUA, C.J., did not participate.